UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GREGORY FOX and RITA FOX. Individually and as Parents of C.F.<br><br>Plaintiffs<br><br>-vs-<br><br>COMMISSIONER PENDER MAKIN, MAINE SCHOOL ADMINISTRATIVE DISTRICT 51, SUPERINTENDENT JEFFREY PORTER, PRINCIPAL SALLY LOUGHLIN, and VICE PRINCIPAL COREY MUNSEY Individually and in their Official Capacities<br><br>Defendants | Civil Action No.: 2:22-cv-00251-GZS |

**PLAINTIFFS' MOTION TO SUBMIT SUPPLEMENTAL AUTHORITY**

Now come Plaintiffs Gregory Fox and Rita Fox and hereby move for permission to submit a supplemental authority in opposition to the Defendants' Motions to Dismiss. In support of this Motion, the Plaintiffs state:

1. The Defendants filed their Motions to Dismiss the Plaintiffs' Amended Complaint on January 6, 2023.

2. The Plaintiffs filed their Objections and Memoranda of Law in Opposition to those Motions on February 12, 2023.

3. On April 18, 2023 the United States District Court for the Southern District of Mississippi rendered a decision on the Plaintiffs' Motion for a Preliminary Injunction in

*Bosarge -v.- Edney* - a case that is similar to this case.   Attached to this Motion is a copy of that Decision.

WHEREFORE, the Plaintiffs respectfully request that the Court review and consider this recently decided, supplemental authority when deciding the Defendants' pending Motions to Dismiss.

Dated at Portland, Maine this 21st day of April, 2023.

By:   /S/   Stephen C. Whiting
Stephen C. Whiting, Bar No. 559
Attorney for the Plaintiffs
The Whiting Law Firm, P.A.
75 Pearl Street, Suite 207
Portland, Maine 04101
(207) 780-0681
mail@whitinglawfirm.com

**CERTIFICATE OF SERVICE**

      Plaintiffs, by and through their undersigned legal counsel, hereby certify that on this date this Motion was filed in the Court's ECF system, and that the ECF system will be sending a copy to all of the Defendants and/or their counsel of record.

      Respectfully submitted,

Dated:  April 21, 2023                      /s/ Stephen C. Whiting
                                               Stephen C. Whiting, Bar No. 559
                                               *Counsel to Plaintiffs*
                                               The Whiting Law Firm
                                               75 Pearl Street, Suite 207
                                               Portland, ME  04101
                                               (207) 780-0681
                                               mail@whitinglawfirm.com