UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GREGORY FOX, individually and as Parent of C.F. | ) ) ) ) |
| v. | ) CIVIL NO. 2:22-CV-251-JAW ) |
| PENDER MAKIN, in her official capacity as Commissioner, et al., | ) |

ORDER

A Local Rule 56(h) pre-filing conference took place on September 18, 2024. Following that conference, the Court issued an Order staying the previously set deadlines for filing motions for summary judgment and stated that those deadlines would be revisited after ruling on the Daubert motions (ECF 165).

On March 10, 2025, the Court issued Orders on the Daubert motions (ECF 205 and 206), it is hereby ORDERED that the parties consult and submit a proposed briefing schedule for the filing of Motions for Summary Judgment by March 19, 2025. All other provisions of the Court's Order on the Local Rule 56(h) Conference (ECF 155), including limitations on page numbers, remain in effect.

SO ORDERED.

/s/ John A. Woodcock, Jr.
United States District Judge

Dated: March 12, 2025